IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| TERRANCE BONNER ET AL. | Criminal No. 26-216 |

MOTION TO UNSEAL AND
FILE REDACTED INDICTMENT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Katherine C. Jordan, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order unsealing the Indictment returned in this case, but only as to defendants TERRANCE BONNER, MARTIN LANGFORD, RODDELL SMALLS, MAURICE TINSLEY, JUSTIN RUMBLE, OSCAR STOKES, and RASHAWDI PUGH and to permit the filing of a redacted Indictment, obscuring the name of the other charged defendant who remains wanted on an arrest warrant issued in connection with this case. In further support of this Motion, the United States avers as follows:

1. On October 13, 2026, an Indictment was returned by the grand jury charging defendants TERRANCE BONNER, MARTIN LANGFORD, RODDELL SMALLS, MAURICE TINSLEY, JUSTIN RUMBLE, OSCAR STOKES, RASHAWDI PUGH and one other co-defendant with violating Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B)(ii) and 841(b)(1)(C).

2. Arrest Warrants were issued pursuant to said Indictment. The arrest warrants for defendants TERRANCE BONNER, MARTIN LANGFORD, RODDELL SMALLS, MAURICE TINSLEY, JUSTIN RUMBLE, OSCAR STOKES, and RASHAWDI PUGH have been served. The arrest warrant for the other named co-defendant remains unserved and is still

sealed.

3. On October 13, 2026, this Court issued an Order sealing the aforesaid Indictment and Arrest Warrants, together with the Motion to Seal, until further Order of Court.

4. The Government believes that the Indictment should be unsealed, but only as to defendants TERRANCE BONNER, MARTIN LANGFORD, RODDELL SMALLS, MAURICE TINSLEY, JUSTIN RUMBLE, OSCAR STOKES, and RASHAWDI PUGH, who are currently in custody.

5. The Government requests permission of the Court to file a redacted Indictment, obscuring the name of the other charged co-defendant so as to prevent dissemination of the co-defendant's identity who is still wanted on the arrest warrant issued in connection with the Indictment. The Government believes that revealing the name of the charged co-defendant who is still wanted on the arrest warrant issued in connection with this matter may hinder law enforcement's efforts to apprehend the defendant.

6. Based upon the foregoing, the United States believes and therefore avers that it is in the interest of justice that the Indictment returned in this case be unsealed, but only as to defendants TERRANCE BONNER, MARTIN LANGFORD, RODDELL SMALLS, MAURICE TINSLEY, JUSTIN RUMBLE, OSCAR STOKES, and RASHAWDI PUGH, and requests that the Indictment, and any and all other documents filed on the public docket at Criminal No. 26-216 be redacted so that the identity of the named co-defendant remain obscured from public viewing until further Order of this Court.

Respectfully submitted,

TROY RIVETTI
United States Attorney

By: */s/ Katherine C. Jordan*
KATHERINE C. JORDAN
Assistant U.S. Attorney
PA ID No. 201135