B088

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
OCT 13 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF PA

UNITED STATES OF AMERICA

v.

TERRANCE BONNER
MARTIN LANGFORD
RODDELL SMALLS
MAURICE TINSLEY
JUSTIN RUMBLE
OSCAR STOKES
RASHAWDI PUGH
[redacted]

Criminal No. 26-216

(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)(ii), and 841(b)(1)(C))

**[UNDER SEAL]**

**INDICTMENT**

**COUNT ONE**

The grand jury charges:

From on or about June 1, 2025, and continuing thereafter to on or about September 1, 2026, in the Western District of Pennsylvania, the defendants, TERRANCE BONNER, MARTIN LANGFORD, RODDELL SMALLS, MAURICE TINSLEY, JUSTIN RUMBLE, and [redacted] did knowingly, intentionally and unlawfully conspire with one another and with persons both known and unknown to the grand jury, to possess with intent to distribute and distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**

The grand jury further charges:

On or about January 22, 2026, in the Western District of Pennsylvania, the defendant, MAURICE TINSLEY, did knowingly, intentionally and unlawfully possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1); and the violation involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance (Title 21, United States Code, Section 841(b)(1)(B)(ii)).

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

**COUNT THREE**

The grand jury further charges:

On or about June 25, 2026, in the Western District of Pennsylvania, the defendant, OSCAR STOKES, did knowingly, intentionally and unlawfully possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1); and the violation involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance (Title 21, United States Code, Section 841(b)(1)(B)(ii)).

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

**COUNT FOUR**

The grand jury further charges:

On or about August 10, 2026, in the Western District of Pennsylvania, the defendant, RODDELL SMALLS, did knowingly, intentionally and unlawfully possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1); and the violation involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance (Title 21, United States Code, Section 841(b)(1)(B)(ii)).

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

**COUNT FIVE**

The grand jury further charges:

On or about March 30, 2026, in the Western District of Pennsylvania, the defendant, RASHAWDI PUGH, did knowingly, intentionally and unlawfully possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1); and the violation involved a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance (Title 21, United States Code, Section 841(b)(1)(C)).

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT SIX**

The grand jury further charges:

On or about June 7, 2025, in the Western District of Pennsylvania, the defendant, MARTIN LANGFORD, did knowingly, intentionally and unlawfully distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1); and the violation involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance (Title 21, United States Code, Section 841(b)(1)(B)(ii)).

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

**COUNT SEVEN**

The grand jury further charges:

On or about August 7, 2026, in the Western District of Pennsylvania, the defendant, MARTIN LANGFORD, did knowingly, intentionally and unlawfully distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1); and the violation involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance (Title 21, United States Code, Section 841(b)(1)(B)(ii)).

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

**COUNT EIGHT**

The grand jury further charges:

On or about July 16, 2026, in the Western District of Pennsylvania, the defendant, [redacted] did knowingly, intentionally and unlawfully possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1); and the violation involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance (Title 21, United States Code, Section 841(b)(1)(B)(ii)).

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

## NOTICE OF SPECIAL FINDINGS

The grand jury further finds:

1. As to Count One, the defendant, TERRANCE BONNER:

(a) was previously convicted on or about March 26, 2014, at Docket Number 13-cr-152, in the United States District Court, Western District of Pennsylvania, of the crime of possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii);

(b) served a term of imprisonment of more than twelve months for the offense described in Subparagraph 1(a); and

(c) was released from any term of imprisonment for the offense described in Subparagraph 1(a) within fifteen years of the commencement of the offense charged in Count One.

2. As to Counts One, Six, and Seven, the defendant, MARTIN LANGFORD:

(a) was previously convicted on or about October 14, 2004, at Docket Number 04-cr-118, in the United States District Court for the Western District of Pennsylvania, of the crime of conspiracy to distribute 5 kilograms or more of cocaine, in violation of 21 U.S.C. § 846;

(b) served a term of imprisonment of more than twelve months for the offense described in Subparagraph 2(a); and

(c) was released from any term of imprisonment for the offense described in Subparagraph 2(a) within fifteen years of the commencement of each of the offenses charged in Counts One, Six, and Seven.

3. As to Counts One and Four, the defendant, RODDELL SMALLS:

(a) was previously convicted on or about May 5, 2008, at Docket Number 07-

cr-324, in the United States District Court for the Western District of Pennsylvania, of the crime of conspiracy to distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846;

(b) served a term of imprisonment of more than twelve months for the offense described in Subparagraph 3(a); and

(c) was released from any term of imprisonment for the offense described in Subparagraph 3(a) within fifteen years of the commencement of each of the offenses charged in Counts One and Four.

4. As to Counts One and Two, the defendant, MAURICE TINSLEY:

(a) was previously convicted on or about September 24, 2019, at Docket Number 16-cr-147, in the United States District Court, Western District of Pennsylvania, of the crime of possession with intent to distribute a quantity of fentanyl and a quantity of heroin, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);

(b) served a term of imprisonment of more than twelve months for the offense described in Subparagraph 4(a); and

(c) was released from any term of imprisonment for the offense described in Subparagraph 4(a) within fifteen years of the commencement of each of the offenses charged in Counts One and Two.

5. As to Count One and Eight, the defendant, [redacted]

(a) was previously convicted on or about [redacted] at Docket Number [redacted], in the Court of Common Pleas, County of [redacted] Criminal Division, Commonwealth of Pennsylvania of the crime of manufacture, delivery, or possession with intent

to manufacture or deliver a controlled substance, in violation of 35 P.S. § 780-113(a)(30);

(b) served a term of imprisonment of more than twelve months for the offense described in Subparagraph 5(a); and

(c) was released from any term of imprisonment for the offense described in Subparagraph 5(a) within fifteen years of the commencement of the offense charged in Counts One and Eight.

6. As to Counts One and Four, the defendant, RODDELL SMALLS, committed the offenses charged in Counts One and Four while on pretrial release pursuant to 18 U.S.C. § 3142 at Criminal Case Number 23-cr-129, in the United States District Court for the Western District of Pennsylvania.

**FORFEITURE ALLEGATIONS**

The United States hereby gives notice to the defendants charged in Counts One, Two, and Three that, upon their conviction of any such offenses, the government will seek forfeiture in accordance with Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), which requires any person convicted of any such offenses to forfeit to the United States of America any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, from the commission of such offenses, and any property used, or intended to be used, in any manner and part, to commit, and to facilitate the commission of, such offenses, including, but not limited to, the following: $790 United States currency, seized from MAURICE TINSLEY on January 22, 2026 and $11,750 United States currency, seized from OSCAR STOKES on June 25, 2026.

A True Bill,

Shelley Cooper
FOREPERSON

Troy Rivetti
TROY RIVETTI
United States Attorney
PA ID No. 56816

Katherine C. Jordan
KATHERINE C. JORDAN
Assistant United States Attorney
PA ID No. 201135